UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PAULA HOLMES**,

    Plaintiff,

v.                                   CASE NO.   3:17-cv-267-J-25MCR

**UNUM LIFE INSURANCE
COMPANY OF AMERICA**,

    Defendant.

___

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 12), it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of August, 2017.

*/s/ Henry Lee Adams, Jr.*
HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record